UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 2:18-CV-14141-ROSENBERG
AND 2:13-CR-14057-ROSENBERG

ROBIN GUILLAUME,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING MOTION TO VACATE SENTENCE, AND CLOSING CASE

This matter is before the Court upon Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, filed at DE 1 under Case No. 2:18-CV-14141 and at DE 370 under Case No. 2:13-CR-14057. The Court previously referred the Motion to Magistrate Judge Lisette M. Reid for a Report and Recommendation on any dispositive issues. On August 21, 2020, Judge Reid issued a Report and Recommendation in which she recommended that the Motion be denied. DE 11 under Case No. 2:18-CV-14141.

Plaintiff has not objected to the Report and Recommendation, and the deadline to file Objections has passed. The Court has reviewed Plaintiff's Motion, the Government's Response thereto, the Report and Recommendation, and the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 11 under Case No. 2:18-CV-14141] is **ADOPTED** as the Order of the Court.

2. Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [DE 1 under Case No. 2:18-CV-14141; DE 370 under Case No. 2:13-CR-14057] is **DENIED**.

3. A certificate of appealability **SHALL NOT ISSUE**.

4. The Clerk of the Court is instructed to **CLOSE Case No. 2:18-CV-14141**. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 17th day of September, 2020.

                                                                  *[signature]*
                                                                  ROBIN L. ROSENBERG
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Plaintiff
Counsel of Record